UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONELL L. ISAAC, | No. C 10-3547 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| G. D. LEWIS, warden, | |
| Respondent. / | |

This action is dismissed without prejudice to petitioner filing a new petition after he exhausts state court remedies as to each claim contained in his new petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 15, 2010

*Susan Illston*
SUSAN ILLSTON
United States District Judge